UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

CHERYL Y. WITHERSPOON
                                                    : Bankruptcy No. 12-21640SR
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                            BY THE COURT

                                            /s/ Stephen Raslavich
**Date: October 5, 2016**                   _____
                                            Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL A LATZES, ESQ
LAW OFFICE/MICHAEL A LATZES,PC
1528 WALNUT ST., SUITE 700
PHILADELPHIA PA 19102

CHERYL Y. WITHERSPOON
4430 HURLEY STREET
PHILADELPHIA,PA.19120-