United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-21640-sr
Cheryl Y. Witherspoon                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Oct 05, 2016
                              Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db          +Cheryl Y. Witherspoon,    4430 Hurley Street,    Philadelphia, PA 19120-4527
12932580    +KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Ctr,    701 Market St.,
              Attn: Bankruptcy Dept.,    Philadelphia, PA 19106-1538
12932581    +U.S. Bank National Association, Trustee,    for PA Housing Finance Agency,
              211 North Front Street,    P.O. BOX 15057,    Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Oct 06 2016 02:16:48     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2016 02:16:31
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2016 02:16:46     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12955312     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2016 02:15:01
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK  73126-8941
13040344     E-mail/Text: bankruptcy@phila.gov Oct 06 2016 02:16:49     City of Philadelphia,
              Law Department - Tax Unit,    Bankruptcy Group,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
12932579     E-mail/Text: bankruptcy@phila.gov Oct 06 2016 02:16:49     City of Philadelphia - Law Department,
              One Parkway Building, 15th floor,    1515 Arch Street,    Philadelphia, PA 19102-1595
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              MICHAEL A. LATZES    on behalf of Debtor Cheryl Y. Witherspoon efiling@mlatzes-law.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :

CHERYL Y. WITHERSPOON
                                                 : Bankruptcy No. 12-21640SR
          Debtor(s)                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                        BY THE COURT

                                                        _____
**Date: October 5, 2016**
                                                        Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL A LATZES, ESQ
LAW OFFICE/MICHAEL A LATZES,PC
1528 WALNUT ST., SUITE 700
PHILADELPHIA PA 19102

CHERYL Y. WITHERSPOON
4430 HURLEY STREET
PHILADELPHIA,PA.19120-