# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cheryl Y. Witherspoon  
      Debtor(s)

CHAPTER 13

BKY. NO. 12-21640 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4462

                                            Respectfully submitted,

                                            **/s/Thomas Puleo, Esquire**  
                                            Thomas Puleo, Esquire  
                                            Brian C. Nicholas, Esquire  
                                            KML Law Group, P.C.  
                                            701 Market Street, Suite 5000  
                                            Philadelphia, PA 19106-1532  
                                            (215) 825-6306  FAX (215) 825-6406